15-339-CR

CAUSE NO. 2012 CR 5452

4TH COURT OF APPEALS CAUSE NO. _____

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN -8 AM 11: 31

Keith E. Hottle
IN THE 4TH COURT E. CLERK

THE STATE OF TEXAS

VS.

SHAWN L SANDERS

IN THE 4TH COURT

OF APPEALS

BEXAR COUNTY, TEXAS

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE 4TH COURT OF APPEALS:

Comes now Shawn L Sanders, Appellant in the above entitled and numbered appellate cause, and requests that this cause on appeal be dismissed and in support of said request would show the appellate Court the following:

I.

Appellant was convicted under the trial court case number on the 4 day of May 2015, 19____, of the charge of Agg Assault with Deadly Wpn a violation of Section 22.01 of the Texas Penal/Health and Safety Code.

II.

On the 15th day of May 2015, 19____, Appellant gave notice of appeal in said cause to the 4th Court of Appeals, San Antonio, Texas.

III.

Appellant is aware of his right to continue to prosecute his appeal, and is aware of the consequences should the appeal be dismissed. However, Appellant desires to withdraw from the appellate process at this time and no longer wishes to pursue any changes in the trial court's verdict or decision.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his notice of appeal be dismissed by the Appellate Court.

Respectfully submitted,

_____
Attorney for Appellant

_____
Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this the __3__ day of __June 2015__, __19____, a true and correct copy of the above and foregoing Motion to Dismiss Appeal was transmitted to the office of the Bexar County District Attorney, Appellate Section, Criminal Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

_____
Appellant

## UNSWORN DECLARATION BY INMATE

I, _Shaun L Sanders_, SID _201850_
Being presently incarcerated in the Bexar County Adult
Detention Center, San Antonio, Texas declare under Penalty of
Perjury that the foregoing instrument is true and correct.

Signed on this the _3_ day of _June_, _2015_.

_Shaun Sanders_
Defendant

Shawn L Sanders
Sid 701850
200 N. Comal
San Antonio Tx 78207

BEXAR COUNTY JAIL

INDIGENT

INMATE MAIL

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUN -8 AM 11:34

KEITH E. HOTTLE, CLERK

4th Court of Appeals
300 Dolorosa Suite 3200
San Antonio Texas 78205

neopost
06/04/2015
FIRST-CLASS MAIL
US POSTAGE $000.48⁵

ZIP 78205
041M12250025